UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IULIIA SHAKTILAVI, | Case No. 5:26-cv-01044-HDV (DTB) |
| Petitioner, | **ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |
| v. | |
| WARDEN, Adelanto ICE Processing Center, et al, | |
| Respondents. | |

On March 5, 2026, Iuliia Shaktilavi, purporting to proceed pro se as next friend of her husband, Sergei Igumnov ("Petitioner"), filed a Petition for Writ of Habeas Corpus, ("Petition") (Docket No. 1), and a Motion for a Temporary Restraining Order, ("TRO Application") (Docket No. 2).

On March 13, 2026, Respondents filed an Opposition to the TRO Application. (Docket No. 8).

On March 16, 2026, Petitioner filed his Reply.  (Docket No. 10).

On March 20, 2026, Petitioner filed his supporting declaration.  (Docket No. 11).

1

On March 20, 2026, the District Judge held a hearing on the TRO Application and took the matter under submission. (Docket No. 12).

On April 14, 2026, the District Judge found that Petitioner had not demonstrated a likelihood of success on the merits and denied the TRO Application. (Docket No. 15).

On April 30, 2026, the Court issued its Order Requiring a Response to the Petition ("April 30, 2026 Order"). (Docket No. 16).

On May 14, 2026, Respondents filed their Answer. (Docket No. 18).

On May 6, 2026, the Court received its April 30, 2026 Order returned from the United States Postal Service without any notations. (Docket No. 17).

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Civil Rule 41-6. Therefore, Petitioner and/or Iuliia Shaktilavi is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Civil Rules. Petitioner and/or Iuliia Shaktilavi may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Petitioner's and/or Iuliia Shaktilavi's response is due no later than **July 10, 2026.**

**Petitioner and/or Iuliia Shaktilavi is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Civil Rules.**

The Clerk is directed to mail a copy of this Order to Petitioner, Sergei Igumnov (A 249-205-686) at his current place of detention, the Adelanto Ice Processing Center.

Dated: June 25, 2026

_____
DAVID T. BRISTOW
United States Magistrate Judge

2